Chris J Jacobs III

    v

Secretary Of Department of Corrections

Case # 16-cv-486-bbc

## APPEAL

On 7-26-16 The Distitrict Court dismmissed my 1983 Civil Rights action for not paying filing fees. I have three strikes and have no money and get 100% of income taken. I been denied legal loans sinse 9-29-15 15 (Pending in front of John Doe Judge, Colmubia CO sinse 5-14-16 and 6-14-16)

I have pending petition for review in front of WIS S Ct about being denied three nutritionally adequate meals daily. 16JD04/16AP1417W. John Doe dissed on 6-17-16 and it would not be filled untill 6-29-16. The appeals court dismissed because prison staff refuse to send six month trust fund statemnet

The complaint set out the facts, but in District court demissal, the court never said a word about me being denied my diet lunch trays sinse 5-21-16, exception would be 6-20-16 to 6-23-16 lockdown and a few faog alert days, where all inmates eat in there cell. I eat breakfast and supper in cell, but refuse to go to Day Room to eat and staff refuses to give me lunch trays, which are a special diet.

Again the complaint set out all the facts.

Thank you

*[signature]* 8-4-16

Chreis Jacobs 186839
CCI
PO Box 900
Portage WI 53901

U.S.C.A. - 7TH
RECEIVED
AUG 17 2016 RMG
GINO J. AGNELLO
CLERK