IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS J. JACOBS III,    ORDER

      Plaintiff,    16-cv-486-bbc

  v.

SECRETARY OF DEPARTMENT OF
CORRECTIONS,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on July 25, 2016, I denied plaintiff Chris J. Jacobs III leave to proceed in forma pauperis because he has struck out under 28 U.S.C. § 1915(g) and I found that the imminent danger exception did not apply to his claim regarding the food in his "nightly snack bags."  I gave plaintiff until August 8, 2016 to pay the $400 filing fee if he wished to proceed with this action.  In addition, I warned plaintiff that if he failed to pay the required filing fee by the deadline, I would dismiss this case without prejudice to his refiling it when he is released from prison or can pay the full filing fee.  It is now past plaintiff's deadline and he has not submitted the filing fee or otherwise responded to the July 25 order. Accordingly, this case will be dismissed.


ORDER

      IT IS ORDERED that plaintiff Chris J. Jacob III's case is DISMISSED without

prejudice. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 29th day of August, 2016.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge