IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS, III,

          Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-486-bbc

v.

SECRETARY OF DEPARTMENT OF CORRECTIONS,

          Defendant.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Secretary of Department of Corrections dismissing this case without prejudice.

| /s/ | 8/29/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |